■ J. PATRICK BARRETT, Respondent, v NEW YORK REPUBLICAN STATE COMMITTEE et al., Appellants. (Appeal No. 2.) [625 NYS2d 956] —Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Onondaga County, Nicholson, J.—Summary Judgment.) Present—Denman, P. J., Green, Fallon and Boehm, JJ.